■

LILLIAN V. M. PASCOE-RUTTER, Respondent, v. 30 FIFTH AVE. INC., Appellant.—

No opinion. Settle order on notice. Present—Peck, P. J., Glennon, Dore, Cohn and Shientag, JJ. [Order granted motion for examination before trial.]

■

GEORGE TREBAT, Respondent, v. STANDARD AIRLINES, INC., Appellant.—

Present—Peck, P. J., Glennon, Dore, Cohn and Shientag, JJ.

■

HANDMACHER-VOGEL, INC., et al., Appellants, v. RITMOR SPORTSWEAR CO., INC., et al., Respondents, et al., Defendants.—

No opinion. Present—Peck, P. J., Glennon, Dore, Cohn and Shientag, JJ.

■

WINIFRED R. LAYTON, Respondent, v. JEROME M. LAYTON, Appellant.—

No opinion. Settle order on notice. Present—Peck, P. J., Glennon, Dore, Cohn and Shientag, JJ.

■

In the Matter of GEORGE H. MANN, Respondent, against EPIPHONE, INC., Appellant.—
No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Shientag, JJ.

■

In the Matter of HARRY GOLDMAN, Respondent. HOLLANDER ACCESSORIES, INC., Appellant.—
No opinion. Present—Peck, P. J., Glennon, Dore, Cohn and Shientag, JJ.

■

SOLOMON S. GOLDSMITH, Respondent, v. PHILIP HANDELMAN et al., Individually and as Copartners Doing Business under the Name of HANDELMAN & IVES, Appellants.—

No opinion. Settle order on notice. Present — Peck, P. J., Glennon, Dore, Cohn and Shientag, JJ.

■

SOLOMON S. GOLDSMITH, Respondent, v. PHILIP HANDELMAN et al., Individually and as Copartners Doing Business under the Name of HANDELMAN & IVES, Appellants.—

Present — Peck, P. J., Glennon, Dore, Cohn and Shientag, JJ,